FILED
MISSOULA, MT

2007 JUL 31 PM 4 17

PATRICK E. DUFFY
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| RYAN PRICE, | ) | CV 07-87-M-DWM-JCL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DOUGLAS PURL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on July 10, 2007. Price filed objections and is therefore entitled to de novo review of the record. 28 U.S.C. § 636(b)(1). The parties are familiar with the factual and procedural history so it will be recited only as necessary.

Judge Lynch concluded that Price's Complaint should be dismissed with prejudice and I agree. The Complaint is dismissed because in accordance with the requisite preliminary screening, Price's claims are not cognizable. See 28 U.S.C. §§ 1915(e)(2), 1915A(b). Indeed, Price's Complaint fails to state a claim upon which relief can be granted: the claims amount to allegations of

slander and defamation. It is doubtful that there is federal jurisdiction and even if it exists, 42 U.S.C. § 1983 cannot be used as a vehicle for damages related to the "interest in reputation alone." *Paul v. Davis*, 424 U.S. 693, 711-12 (1976). Moreover, the statute of limitations-the alleged actions occurred seven years ago-presents another dead end to Price's case.

The Court notes Price's objections, but he does not assert a compelling legal argument that surmounts the foregoing issues. Price's Complaint suffers from multiple defects and cannot be cured via amendment. *See Noll v. Carlson* 809 F.2d 1446, 1448 (9th Cir. 1987).

Accordingly, based upon the foregoing I adopt Judge Lynch's Findings and Recommendation (dkt #6) in full: Plaintiff's Complaint (dkt #2) is DISMISSED WITH PREJUDICE;

Plaintiff is advised that this action counts as one strike against him for failure to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915(g); and

Pursuant to Federal Rule of Appellate Procedure 24(a)(4)(B), the Court CERTIFIES that any appeal from this disposition will not be taken in good faith.

DATED this 31st day of July, 2007.

_____
Donald W. Molloy, Chief Judge
United States District Court

-2-